JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIAT MESHULAM, an individual,<br><br>　　　　　Plaintiff,<br>　vs.<br><br>BOB'S DISCOUNT FURNITURE, LLC; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | CASE NO.: 2:21-cv-07157-FMO-KS<br><br>**ORDER GRANTING JOINT STIPULATION FOR SUBMISSION TO BINDING ARBITRATION AND REQUIRING JOINT STATUS REPORTS**<br><br>Complaint Filed: July 13, 2021<br>Trial Date:　　　Not Set |

Having considered the Joint Stipulation for Submission to Binding Arbitration filed by Plaintiff LIAT MESHULAM ("Plaintiff") and Defendant BOB'S DISCOUNT FURNITURE ("Defendant"), and finding good cause therefor, the Court hereby ORDERS AS FOLLOWS:

1.　The parties are ORDERED to submit the instant action to binding arbitration;

2.　The Court FURTHER ORDERS that the instant action is stayed pending submission of this matter to arbitration pursuant to the terms of the parties' arbitration agreement, and resolution of the matter in that forum;

3. The parties are ORDERED to file a Joint Status Report within ten (10) days of the issuance of an arbitration award.

4. The Clerk shall administratively close the case. See Dees v. Billy, 394 F.3d 1290, 1293-94 (9th Cir. 2005).

**IT IS SO ORDERED:**

Dated: September 9, 2021                               /s/
                                                      Hon. Fernando M. Olguin
                                                      United States District Court Judge

4813-8211-7370, v. 1